UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEOSHA Y. WILLIAMS,

                Plaintiff,

      v.

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

18-CV-11621 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      It is hereby ordered that all parties appear for a conference on Thursday, March 4, 2021 at 2:00 pm to discuss Defendants' pending motion to dismiss. *See* Dkt. 36. If the parties are not available at that date and time, they must notify the Court and propose alternative dates and times no later than Tuesday, March 2, 2021. They may do so either via joint letter or by email. The Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    February 26, 2021
             New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge