UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC-SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC#:                                │
│ DATE FILED:                          │
└─────────────────────────────────────┘
```

MEOSHA WILLIAMS,

                    Plaintiff,

          v.

NEW YORK CITY DEPARTMENT OF
EDUCATION, *et al.*,

                    Defendants.

18-CV-11621 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

For the reasons stated at today's hearing, Defendants' motion to dismiss is granted in part and denied in part. The following claims are dismissed with prejudice: (1) Plaintiff's claims against Defendant Sifuentes-Rosado under the Americans with Disabilities Act ("ADA"), (2) Plaintiff's claims under the New York City Human Rights Law ("CHRL") for events prior to June 21, 2013, (3) Plaintiff's claims under both the ADA and the CHRL relating to her vitamin D deficiency, and (4) Plaintiff's claims of hostile workplace under both the ADA and the CHRL. The motion to dismiss is denied as to (1) Plaintiff's ADA claims for discrimination, reasonable accommodation, and retaliation against the New York City Department of Education ("DOE") concerning Plaintiff's cervical discogenic pain syndrome ("CDPS") and for events after April 19, 2013, and (2) Plaintiff's CHRL claims for discrimination, reasonable accommodation, and retaliation against both the DOE and Sifuentes-Rosado concerning Plaintiff's CDPS and for events after June 21, 2013.

Defendants are directed to order a copy of the transcript of today's hearing and mail it to Plaintiff.

The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 36 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: March 4, 2021
   New York, New York

                  _____
                  RONNIE ABRAMS
                  United States District Judge