```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOESHA WILLIAMS,                                     :

                    Plaintiff,                      :

        - against -                                 :           ORDER

NEW YORK CITY DEPARTMENT OF                         :           18-CV-11621 (RA)(KNF)
EDUCATION AND ROSIE SIFUENTES ROSADO,
                                                    :
                    Defendants.
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A conference was held with counsel to the defendants and plaintiff pro se on August 17, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before February 11, 2022;

2. the last date on which to amend pleadings will be October 1, 2021;

3. the last date on which to join additional parties will be October 1, 2021;

4. any dispositive motion shall be served and filed on or before March 11, 2022;

5. the response to any such motion, and any reply, shall be made in accordance with the Individual Rules of Practice of the assigned district judge; and

6. a telephonic status conference will be held with the parties on December 14, 2021, at 11:30 a.m. The parties shall use dial in number (888) 557-8511 and enter access code 4862532.

Dated:  New York, New York                      SO ORDERED:
        August 18, 2021

                                                _____
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE