UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MEOSHA YOLANDA WILLIAMS,                          :

                 Plaintiff,                     :

       -against-                              :                 **ORDER**

NEW YORK CITY DEPARTMENT OF        :            18-CV-11621 (RA) (KNF)
EDUCATION AND ROSIE SIFUENTES
ROSADO,                                              :

              Defendants.      :
--------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE


     By a joint letter dated October 13, 2021, the parties requested the Court's intervention

concerning a dispute over paragraphs 1(c) and 23 of their proposed protective order.  On or

before October 20, 2021, the defendants shall file the proposed protective order which shall

include both the plaintiff's and the defendants' proposed paragraphs 1(c) and 23.

Dated:  New York, New York                            SO ORDERED:
        October 14, 2021

                                      _Kevin Nathaniel Fox_____
                                     KEVIN NATHANIEL FOX
                                     UNITED STATES MAGISTRATE JUDGE