UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MEOSHA YOLANDA WILLIAMS,                  :

                Plaintiff,              :

       -against-                                   :         **ORDER**

NEW YORK CITY DEPARTMENT OF          :         18-CV-11621 (RA) (KNF)
EDUCATION AND ROSIE SIFUENTES
ROSADO,                                                     :

              Defendants.          :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     In the parties' "Stipulation and Proposed Protective Order" the plaintiff proposed: (i) paragraph 1(c); or (ii) to "remove clause 1(c) in its entirety." Docket Entry No. 78. The Court's October 28, 2021 order adopted the plaintiff's proposed paragraph 1(c). Docket Entry No. 79. The parties seek clarification asserting they have differing views about the Court's adoption of the plaintiff's paragraph 1(c). Docket Entry Nos. 80 and 81. The Court's October 28, 2021 order adopted paragraph 1(c) proposed by the plaintiff, namely, "personal information, documentation, or files pertaining to any and all former and/or present DOE employees of both parties."

Dated:  New York, New York                       SO ORDERED:
          November 8, 2021

                                                                               *Kevin Nathaniel Fox*
                                                                        KEVIN NATHANIEL FOX
                                                                        UNITED STATES MAGISTRATE JUDGE