UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MOESHA WILLIAMS,                                         :

                Plaintiff,                          :

        - against -                                            :          ORDER

NEW YORK CITY DEPARTMENT OF                   :          18-CV-11621 (RA)(KNF)
EDUCATION AND ROSIE SIFUENTES ROSADO,
                                                     :

                Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic status conference was held with counsel to the defendants and plaintiff pro se on December 14, 2021. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. on or before February 11, 2022, the plaintiff shall respond to the defendants' outstanding discovery demands; and

2. the milestone dates in the Order appearing at Docket Entry No. 73 are enlarged by 60 days.

Dated:  New York, New York          SO ORDERED:
           December 14, 2021

                                                        _/s/ Kevin Nathaniel Fox_____
                                                      KEVIN NATHANIEL FOX
                                                      UNITED STATES MAGISTRATE JUDGE